IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TINA MCDONALD, individually and
As Personal Representative of the
Estate of Jesse Barnes, Jr., deceased;
JESSE EUGENE BARNES, individually; and
JEFFREY J. BARNES, individually,

    Plaintiffs,

vs.                                                                                          CIV 15-0488 KG/LAM

WERNER ENTERPRISES, INC., a Nebraska Corporation;
VERNON LOVELLE COLBERT, an individual,

    Defendants.

<u>ORDER FOR SUBSTITUTION OF PERSONAL REPRESENTATIVE</u>

On October 5, 2015, Plaintiffs filed a Notice of Substitution (Doc. 36) notifying the Court of the Order of the First Judicial District State Court substituting Jesse Eugene Barnes in place of Tina McDonald as Personal Representative in Case No. D-101-CV-2015-02187.

IT IS THEREFORE ORDERED that Jesse Eugene Barnes replace Tina McDonald as Personal Representative of the Estate of Jesse Barnes, Jr., for the purpose of prosecuting this wrongful death action in this Court.

_____
UNITED STATES DISTRICT JUDGE